IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYRIL STEPHENS,

        Plaintiff,

v.                                        Case No. 1:15mc36-MW/GRJ

KEISHA JONES, et al.,

        Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.16, along with his Motion to Enter Default, ECF No. 17, and Motion for Services of a Magistrate, ECF No. 18. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** with prejudice. The Clerk shall refund to Plaintiff the $46.00 deposit made by Plaintiff for incorrectly filing this

1

case as a miscellaneous case.  Plaintiff's Motion to Enter Default, ECF No. 17, and Motion for Services of a Magistrate, ECF No. 18, are **DENIED as moot**."  The Clerk shall close the file.

    **SO ORDERED on December 16, 2015.**

                                     <u>s/Mark E. Walker</u>
                                     **United States District Judge**